IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SCOTTLAND JOHNSON ,**<br>        **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **CREDENCE RESOURCE MANAGEMENT,**<br>        **Defendant.** | **NO.  16-3936** |

# O R D E R

**AND NOW**, this 31st day of January, 2017, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 10) and Notice of Supplemental Authorities (ECF No. 14), for the reasons in the Court's Memorandum Opinion of January 31, 2017 (ECF No. 17), **IT IS ORDERED** as follows:

(1) Defendant's motion is **GRANTED** and **JUDGMENT IS ENTERED IN FAVOR** of Defendant **CREDENCE RESOURCE MANAGEMENT**, and **AGAINST** Plaintiff Scottland Johnson with respect to liability; and,

(2) Defendant's motion for attorney's fees is **DENIED**.

The Clerk of the Court is directed to close this case.

**BY THE COURT:**

**/S/WENDY BEETLESTONE, J.**

_____
**WENDY BEETLESTONE, J.**